# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2019 ND 266

State of North Dakota,                                         Plaintiff and Appellee

     v.

Joshua Lee Buchanan,                                    Defendant and Appellant

No. 20190183

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Troy J. LeFevre, Judge.

AFFIRMED.

Per Curiam.

Joseph K. Nwoga, Assistant State's Attorney, Jamestown, N.D., for plaintiff and appellee.

Kiara C. Kraus-Parr, Grand Forks, N.D., for defendant and appellant.

**Per Curiam.**

[¶1]   Joshua Buchanan appeals from a criminal judgment entered after a jury found him guilty of aggravated assault domestic violence. He argues the evidence at trial was insufficient to support the jury's guilty verdict. Viewing the evidence in the light most favorable to the verdict, we conclude sufficient evidence exists that could allow a jury to draw a reasonable inference in favor of conviction. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Gerald W. VandeWalle, C.J.
        Jerod E. Tufte
        Daniel J. Crothers
        Lisa Fair McEvers
        Jon J. Jensen